"For a summary judgment to be proper, there must be no genuine issue of material fact and the movant must be entitled to a judgment as a matter of law. Ala. R. Civ. P. 56(c), Tripp v. Humana, Inc., 474 So.2d 88 (Ala. 1985). Further, on review of a summary judgment we must view all the evidence in a light most favorable to the nonmovant and we must entertain all reasonable inferences from the evidence in favor of the nonmovant. Fincher v. Robinson Bros. Lincoln-Mercury, 583 So.2d 256 (Ala. 1991)."
First Fin. Ins. Co. v. Tillery, 626 So.2d 1252, 1254
(Ala. 1993).
Because I believe that the evidence contained in the record on appeal, when viewed in a light most favorable to the plaintiffs, created a genuine issue of material fact to be decided by a jury, I would reverse the summary judgment in favor of the defendants.
Therefore, I respectfully dissent.